| | | | |
|---|---|---|---|
| Com. v. Nieves ..... | 08/10/2016623 MAL (2015) | Denied | Pa.Super., 125 A.3d 460 |
| Com. v. Nunez ..... | 08/17/2016257 MAL (2016) | Denied | Pa.Super., 144 A.3d 198 |
| Com. v. Ortiz–Lugo | 08/23/2016310 MAL (2016) | Denied | Pa.Super., 145 A.3d 770 |
| Com. v. Owens [14] ... | 08/17/2016267 MAL (2016) | Denied | Pa.Super., 144 A.3d 200 |
| Com. v. Patton ..... | 08/10/2016128 WAL (2016) | Denied | Pa.Super., 141 A.3d 590 |
| Com. v. Paxos [15] .... | 08/30/2016163 MAL (2016) | Denied | Pa.Super., 136 A.3d 1040 |
| Com. v. Perkins [16] .. | 08/24/2016178 EAL (2016) | Denied | No. 210 EDA 2015 |
| Com. v. Pollard [17]... | 08/30/2016155 MAL (2016) | Denied | Pa.Super., 136 A.3d 1039 |
| Com. v. Pouliczec [18] | 08/01/201695–96 EM (2016) | Denied | Pa.Super., 135 A.3d 666 |
| Com. v. Prophete ... | 08/16/2016171 EAL (2016) | Denied | Pa.Super., 144 A.3d 210 |
| Com. v. Ramey ..... | 08/23/2016278 MAL (2016) | Denied | Pa.Super., 136 A.3d 1031 |
| Com. v. Riley....... | 09/06/2016164 WAL (2016) | Denied | Pa.Super., 136 A.3d 1026 |

14. Justice MUNDY did not participate in the consideration or decision of this matter.

15. Justice MUNDY did not participate in the decision of this matter.

16. Justice MUNDY did not participate in the consideration or decision of this matter.

17. Justice MUNDY did not participate in the decision of this matter.

18. Justice DONOHUE and MUNDY did not participate in the consideration or decision of this matter.